*E-Filed 6/4/10*

1    AARON KAUFMANN, ESQ., CA Bar No. 148580
     kaufmann@hinton-law.com
2    DAVID POGREL, ESQ., CA Bar No. 203787
     pogrel@hinton-law.com
3    HINTON, ALFERT & SUMNER, P.C.
     1646 North California Blvd., Suite 600
4    Walnut Creek, CA 94596-4113
     Telephone: (925) 932-6006
5    Facsimile: (925) 932-3412
6
7    Attorneys for PLAINTIFFS
     RAFAEL GONZALEZ and CESAR GOMEZ
8
9    ROBERT HULTENG, ESQ., CA Bar No. 071293
     RHulteng@littler.com
     GUISSU RAAFAT, ESQ., CA Bar No. 254615
10   GRaafat@littler.com
     LITTLER MENDELSEN
11   A Professional Corporation
     650 California Street, 20th Floor
12   San Francisco, CA 94108-2693
     Telephone: (415) 433-1940
13   Facsimile: (415) 399-8940
14
     Attorneys for DEFENDANT
15   FRESHPOINT, INC.
16
17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  RAFAEL GONZALEZ AND CESAR GOMEZ, | Case No. C 10-01343 RS |
| 21      Plaintiffs, | STIPULATION AND [Proposed] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |
| 22      v. | |
| 23  FRESHPOINT, INC., a Delaware Corporation, | |
| 24      Defendant. | |

25
26
27
28

1         Subject to the approval of the Court, plaintiffs Rafael Gonzalez and Cesar Gomez

2 ("Plaintiffs") and defendant FreshPoint, Inc. ("Defendant"), through their respective counsel of

3 record, hereby stipulate to the following:

4     1.     The parties have agreed to continue the Initial Case Management Conference,

5         currently scheduled for August 26, 2010 at 10:00 a.m., due to a conflict in Plaintiffs'

6         counsels' schedule.

7     2.     The parties respectfully request a continuation of the Initial Case Management

8         Conference to 10:00 a.m. on September 9, 2010, or a date thereafter that is available

9         to the Court.

10 Dated: June 4, 2010            Hinton, Alfert & Summer

11

12                           By: _____

13                               Aaron D. Kaufmann

14                               David P. Pogrel

15                           Counsel for Plaintiffs Rafael Gonzalez and
                          Cesar Gomez

16 Dated: June 4, 2010            Littler Mendelson

17

18

19                           By: _____

20                               Robert Hulteng
                              Guissu Raafat

21                           Counsel for Defendant FreshPoint, Inc.

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue the
Case Management Conference
Case No. C 10-01343 RS       - 2 -

1
2                                        **ORDER**
3            PURSUANT TO STIPULATION, IT IS ORDERED.
4            The Further Case Management Conference presently set for August 26, 2010, is continued
5    to 10:00 a.m. on September 9, 2010, or the following later date and time:
6    _____, 2010, at _____ a.m. / p.m.
7
8    Dated:    6/4/10
9    _____           _____
10                                               HON. RICHARD SEEBORG
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28