*E-Filed 8/27/10*

1  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
2  GUISSU N. RAAFAT, Bar No. 254615
   graafat@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street
   20th Floor
5  San Francisco, CA 94108.2693
   Telephone:  415.433.1940
6  Fax:        415.399.8490

7  Attorneys for Defendant
   FRESHPOINT, INC.
8
   AARON KAUFMANN, Bar No. 148580
9  kaufmann@hinton-law.com
   DAVID POGREL, Bar No. 203787
10 pogrel@hinton-law.com
   HINTON, ALFERT & SUMNER, P.C.
11 1646 North California Blvd.
   Suite 600
12 Walnut Creek, CA 94596-4113
   Telephone:  925.932-6006
13 Fax:        925.932.3412

14 Attorneys for Plaintiffs
   RAFAEL GONZALEZ and CESAR GOMEZ
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 RAFAEL GONZALEZ AND CESAR        Case No. 3:10-cv-01343-RS
   GOMEZ,
19                                  **STIPULATION AND [PROPOSED]**
              Plaintiffs,           **ORDER TO CONTINUE FURTHER CASE**
20                                  **MANAGEMENT CONFERENCE**
        v.
21
   FRESHPOINT, INC., a Delaware
22 Corporation,

23            Defendant.

24

25

26

27

28

Subject to the approval of the Court, Plaintiffs Rafael Gonzalez and Cesar Gomez ("Plaintiffs") and Defendant FreshPoint, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate to the following:

1. The parties have agreed to continue the Further Case Management Conference, currently scheduled for September 9, 2010 at 10:00 a.m., due to a conflict with Defense Counsel's schedule.

2. The parties respectfully request a continuation of the Further Case Management Conference to September 16, 2010 at 10:00 a.m., or a date thereafter that is available to the Court.

Dated: August 26, 2010

_____
ROBERT G. HULTENG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
FRESHPOINT, INC.

Dated: August 26, 2010

_____
AARON D. KAUFMANN
DAVID P. POGREL
LITTLER MENDELSON
HINTON, ALFERT & SUMNER
Attorneys for Plaintiffs
RAFAEL GONZALEZ and CESAR GOMEZ

Firmwide:97135855.1 063236.1024

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CMC    1.    CASE NO. 3:10-cv-01343-RS

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

The Further Case Management Conference presently set for September 9, 2010, is continued to 10:00 a.m. on September 16, 2010, or the following later date and time: October 7, 2010, at 10:00 a.m./~~p.m.~~

Dated: 8/26/10

HON. RICHARD SEEBORG

Firmwide:97135855.1 063236.1024

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CMC     2.     CASE NO. 3:10-cv-01343-RS