1 ROBERT G. HULTENG, Bar No. 071293
  rhulteng@littler.com
2 GUISSU N. RAAFAT, Bar No. 254615
  graafat@littler.com
3 LITTLER MENDELSON
  A Professional Corporation
4 650 California Street
  20th Floor
5 San Francisco, CA  94108.2693
  Telephone:    415.433.1940
6 Fax:            415.399.8490

7 Attorneys for Defendant
  FRESHPOINT, INC.
8

9 AARON KAUFMANN, Bar No. 148580
  kaufmann@hinton-law.com
10 DAVID POGREL, Bar No. 203787
   pogrel@hinton-law.com
11 HINTON, ALFERT & SUMNER, P.C.
   1645 North California Blvd., Suite 600
12 Walnut Creek, CA 94596.4113
   Telephone:    925.932.6006
13 Fax:            925.932.3412

14 Attorneys for Plaintiffs
   RAFAEL GONZALEZ and CESAR GOMEZ

15

16                 UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18 RAFAEL GONZALEZ AND CESAR          Case No.  3:10-cv-01343-RS
   GOMEZ,
19                                     **STIPULATION AND [PROPOSED]
                                       ORDER TO CHANGE PREFERRED**
                Plaintiffs,            **METHOD OF ALTERNATIVE DISPUTE**
20                                     **RESOLUTION FROM EARLY NEUTRAL**
        v.                             **EVALUATION TO PRIVATE**
21                                     **MEDIATION**
   FRESHPOINT, INC., a Delaware
22 Corporation,

23                Defendant.

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION AND [PROPOSED]**
**ORDER RE ADR**                                    **CASE NO.  3:10-cv-01343-RS**

1      At the ADR Conference on September 7, 2010 and Case Management Conference on

2  October 7, 2010, the parties agreed to participate in Early Neutral Evaluation ("ENE") as a preferred

3  method of alternate dispute resolution.  After further consideration and discussion, the parties have

4  agreed to pursue private mediation in lieu of ENE.  The parties believe that private mediation is

5  more likely to resolve this litigation.

6      The parties have further agreed to meet and confer regarding proposed mediators and expect

7  to select a mutually-acceptable private mediator by December 3, 2010.

8      The parties intend to conduct mediation no later than February 28, 2010 and will update the

9  Court if they are unable to do so.

10  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11  Dated: November 23, 2010                    Respectfully submitted,

12

13                                              /s/ Aaron Kaufman
                                                AARON KAUFMAN
14                                              DAVID POGREL
                                                HINTON, ALFERT & SUMNER, P.C.
15                                              Attorneys for Plaintiffs
                                                RAFAEL GONZALEZ and CESAR GOMEZ
16

17  Dated: November 23, 2010                    Respectfully submitted,

18

19                                              /s/ Guissu N. Raafat
                                                ROBERT G. HULTENG
20                                              GUISSU N. RAAFAT
                                                LITTLER MENDELSON
21                                              A Professional Corporation
                                                Attorneys for Defendant
22                                              FRESHPOINT, INC.

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION AND [PROPOSED]**                1.                **CASE NO.  3:10-cv-01343-RS**
**ORDER RE ADR**

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   Dated: _____11/23_____, 2010

3

4   _____
    JUDGE RICHARD SEEBORG
5   United States District Court Judge

6

7   Firmwide:98811705.1 063236.1024

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATED AND [PROPOSED] ORDER
RE ADR**                              2.                    **CASE NO.  3:10-cv-01343-RS**