*E-Filed 5/2/11*

ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
GUISSU N. RAAFAT, Bar No. 254615
graafat@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax: 415.399.8490

Attorneys for Defendant
FRESHPOINT, INC.

AARON KAUFMANN, Bar No. 148580
kaufmann@hinton-law.com
DAVID POGREL, Bar No. 203787
pogrel@hinton-law.com
HINTON, ALFERT & SUMNER, P.C.
1645 North California Blvd., Suite 600
Walnut Creek, CA 94596.4113
Telephone: 925.932.6006
Fax: 925.932.3412

Attorneys for Plaintiffs
RAFAEL GONZALEZ and CESAR GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL GONZALEZ AND CESAR GOMEZ,

Plaintiffs,

v.

FRESHPOINT, INC., a Delaware Corporation,

Defendant.

Case No. 3:10-cv-01343-RS

**STIPULATION AND [~~PROPOSED~~] ORDER**
AS MODIFIED BY THE COURT

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION AND [~~PROPOSED~~] ORDER**

**CASE NO. 3:10-cv-01343-RS**

On February 22, 2011, the parties participated in mediation with Honorable Richard Hodge (Ret.). The parties are still working toward finalizing a settlement agreement. Subject to approval of the Court, Plaintiffs Rafael Gonzalez and Cesar Gomez ("Plaintiffs") and Defendant FreshPoint, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate to continue the Further Case Management Conference currently scheduled for May 5, 2011 at 10:00 a.m. by thirty (30) days.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 29, 2011

Respectfully submitted,

*/s/ David Pogrel*
AARON KAUFMAN
DAVID POGREL
HINTON, ALFERT & SUMNER, P.C.
Attorneys for Plaintiffs
RAFAEL GONZALEZ and CESAR GOMEZ

Dated: April 29, 2011

Respectfully submitted,

*/s/ Guissu N. Raafat*
ROBERT G. HULTENG
GUISSU N. RAAFAT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
FRESHPOINT, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION AND [~~PROPOSED~~] ORDER** 1. **CASE NO. 3:10-cv-01343-RS**

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE CASE MANAGEMENT CONFERNCE SHALL BE CONTINUED TO JUNE 9, 2011. THE PARTIES' JOINT STATEMENT IS DUE ONE WEEK PRIOR TO THE CONFERENCE.

Dated: _4/29_____________, 2011

JUDGE RICHARD SEEBORG
United States District Court Judge

Firmwide:101397166.1 063236.1024

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940